UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                    Chapter 15

BANCO CRUZEIRO DO SUL S.A.,               Case No.:_____

    Debtor in a Foreign Proceeding

_____

## VERIFIED PETITION FOR RECOGNITION OF FOREIGN MAINPROCEEDING PURSUANT TO SECTIONS 1515 AND 1517 OF THE BANKRUPTCY CODE

Eduardo Felix Bianchini, in his capacity as the authorized foreign representative (the "Foreign Representative" or "Liquidator") of the above-captioned debtor Banco Cruzeiro do Sul S.A.("BCSUL") respectfully moves this Court for entry of an order pursuant to section 1517 of the Bankruptcy Code recognizing as a foreign main proceeding the administrative liquidation proceeding pending before the Central Bank of Brazil, and as more fully described herein, granting relief pursuant to sections 1520 and 1521 of the Bankruptcy Code and any additional relief that may be available under chapter 15 of the Bankruptcy Code.

### PRELIMINARY STATEMENT

1.    The Foreign Representative files this verified petition (the "Petition") pursuant to section 1504 of the Bankruptcy Code to obtain recognition of the BCSUL's liquidation proceedings(the "BCSULLiquidation Proceeding") pending before the Central Bank of Brazil, as a foreign main proceedingand seeks relief as of right pursuant to section 1520 of the Bankruptcy Court and such otherand further relief as may be available pursuant to section 1521 of the Bankruptcy Code.

2.    In accordance with section 1515(c) of the Bankruptcy Code, the statement of the Foreign Representative together with a list of administrators, parties, and entities pursuant to Bankruptcy Rule 1007(a)(4) is attached hereto as **Exhibit A**.



3.    As required by section 1515 of the Bankruptcy Code, this Petition is accompanied by certified translated copies of (a) the decree from the Central Bank of Brazil ordering the extrajudicial liquidation of BCSUL thereby affirming the existence of a foreign proceeding("Bankruptcy Order") and (b) the document appointing Eduardo Felix Bianchini as the liquidator and authorized foreign representative for BCSUL("Appointment Order") attached hereto as Composite **Exhibit B.**

## JURISDICTION AND VENUE

4.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. §§ 109 and 1501.  This is a core proceeding under 28 U.S.C. § 157(b)(2)(p).

5.    Venue of this proceeding is proper in this judicial district pursuant to 28 U.S.C. § 1410(2).

6.    The statutory bases for the relief requested herein are sections 1504, 1509, 1515, 1517, 1520 and 1521 of title 11 of chapter 15 of United States Code (the "Bankruptcy Code").

## FACTUAL BACKGROUND

### *A.    General Background*

7.    Banco Cruzeiro do Sul ("BSUL") was first established in August 1989.  In 1993, the bank's shares were acquired by the Indio Da Costa family, who continued to manage the bank until June 4, 2012, which is when the assets of the bank and its affiliates were seized by the Central Bank of Brazil.

8.    According to BCSUL's website, the bank provided a variety of services which included commercial portfolio investments and credit services.  In 2004, a new law was passed by Brazil's Congress which permitted the assignment of up to 30% of an individual's salary to a bank to secure repayment of a loan.  This change created a new book of business for some banks and BCSUL became very prominent and active in this area.

2



9.     During the course of its banking operations, BCSUL primarily operated out of Rio de Janeiro and São Paulo where it received deposits and extending loans to individual customers. The bank also maintained six branches in (a) Campinas in the state of São Paulo, (b) Salvador, in the state of Bahia, (c) Recife, in the state of Pernambuco, (d) Belem, in the State of Para, (e) Macapa, in the state of Amapa, and (f) Palmas, in the State of Tocantins. With the exception of Campinas, which is in the State of São Paulo, all of these are northern Brazilian cities. Notwithstanding the concentration of the bank's business in Rio de Janeiro and São Paulo, BCSUL operated nationally through a network of salesmen and agents, promoting thesalary-secured loan product offered by the bank described herein.

10.     The total loan book for BCSUL was approximately R$12 billion. This included a substantial number of consumer loans and commercial loans. Prior to be placed into liquidation, BCSUL was the 27th largest bank in Brazil. As of March 31, 2014, the bank's balance sheet reflected the following assets and liabilities :

| Assets | R$ 7,746,233,157 | USD $ 3,472,946,336[1] |
| Liabilities | R$ 10,348,629,756 | USD $ 4,639,704,882 |
| Deficit | R$ 2,602,396,599 | USD $ 1,166,758,546 |

### B.     *Capital and Corporate Structure of BCSUL*

11.     Luis Felipe Indio Da Costa is the principal member of the Indio Da Costa family and was also the principal of the bank although his son, Luis Octavio, was the President of BCSUL. When the Indio Da Costa family originally acquired shares of the bank it was headquartered in Rio de Janeiro, however, the bank's headquarters were subsequently moved to São Paulo.

---

[1]     Exchange rate from www.themoneyconverter.com as of 25/5/14, USD/BRL = 0.44834.

12.     In 2008, the Indio Da Costas family arranged to have the shares of BCSUL listed on the BOVESPA stock exchange in São Paulo, the main Brazilian stock exchange and the fourth largest in the world.

13.     According to BCSUL's website, at the time of intervention last year, the shareholder breakdown was as follows:

(a)     73.6% of all shares were owned by Cruzeiro do Sul Holding Financeira S.A., a holding company which in turn was owned by Luis Felippe Indio Da Costa and his son Luis Octavio Indio Da Costa;

(b)     25.4% of all shares were owned by members of the trading public on the BOVESPA stock exchange in Sao Paulo;

(c)     0.54% of all the shares were owned by BCSUL's Board of Directors; and

(d)     0.99% of all shares were owned by the bank itself.



14.     The principal operational subsidiaries of BCSUL which are also subject to liquidation proceedings in Brazil include: (a) Cruzeiro do Sul S.A. Corretora de Valores e

Mercadorias; (b) Cruzeiro do Sul S.A. Distribuidora de Títulos e Valores Mobiliários; and (c) Cruzeiro do Sul S.A. Companhia Securitizadora de Créditos Financeiros.

### C.    *The Collapse of Banco Cruzeiro do Sul*

15.    As mentioned previously, the new law permitting an individual to assign up to 30% of his salary to a bank to secure repayment of a loan created a new book of business for BCSUL in 2004 and the bank became a very active lender in this area.

16.    On June 4, 2012, the Central Bank of Brazil placed Banco Cruzeiro do Sul, along with its four affiliated companies, under Special Temporary Administration of the Credit Guarantee Fund (*i.e.*, the FGC or Fundo Garantidor de Creditos). The FGC is responsible for administering Brazil's deposit insurance program.

17.    When BCSUL was placed under temporary administration, all of its members sitting on the Board of Directors, the Administrative Council, the Fiscal Council, and the Audit Committee were removed and their assets were frozen (together with any other member within the previous 12 months). In total, the assets of 15 insiders were frozen at that time.

### D.    *The BCSUL Liquidation Proceeding*

18.    When BCSUL was initially placed, under Special Temporary Administration, the FGC announced its intention to find a buyer for BCSUL. On September 14, 2012, however, the Central Bank of Brazil placed BCSUL into extra-judicial liquidation—the BCSUL Liquidation Proceeding—after the FGC was unable to find a buyer.

19.    The FGC is owed approximately R$1.95 billion and is the largest creditor of BCSUL. Initially, the Central Bank of Brazil appointed Mr. Sergio Rodrigues Prates as the Liquidator for BCSUL. Certified translated copies of the documents evidencing the appointment of Mr. Prates as the initial liquidator for BCSUL and its affiliated entities are attached hereto as Exhibit C.



20.     However, on May 24, 2013, Eduardo Felix Bianchini was appointed by the Central Bank of Brazil to replace Mr. Prates as the Liquidator for BCSUL and its affiliated entities.   A certified translated copy of the document evidencing the appointment of Mr. Bianchini as the replacement Liquidator for BCSUL and its affiliated entities is attached hereto as part of Composite **Exhibit B**.

### E.     The Debtors' Chapter 15 Petition

21.     The BCSUL Liquidation Proceeding is currently pending and the Liquidator is overseeing efforts to identify, locate, and capture assets belonging to BCSUL's estate. As of today, BCSUL's estate has significant yet unliquidated liabilities from hundreds of creditors.

22.     Based on the Liquidator's investigation, the Liquidator has a good faith belief that a significant amount of BCSUL's assets could have been diverted to a number of locations in the U.S., including, Miami, Florida.   Specifically it appears that the principals of BSCUL are the ultimate beneficial owners of an account held in the name of BCS Asset Management at Sofisa Bank of Florida in Miami, Florida. Accordingly, the Liquidator seeks to proceed with an investigation to identify BCSUL's assets located in the U.S., particularly, in Miami.

### BRAZIL IS THE CENTER OF MAIN INTERESTS

23.     Brazil is the center of main interests for BCSUL and its affiliated entities as that term is used in 11 U.S.C. § 1502(4), 1516(c) and 1517(b)(1).  As mentioned earlier, BCSUL and its affiliated entities comprised the 27th largest bank in Brazil and their principal place of business was Brazil with operations in São Paulo and Rio de Janeiro

### FOREIGN-MAIN RECOGNITION IS APPROPRIATE

24.     The Liquidatorhas satisfied each of the requirements for recognition of the BCSUL's Liquidation Proceeding under chapter 15 of the Bankruptcy Code.

6

(a)     The Liquidator qualifies as a "foreign representative" as defined in section 101(24) of the Bankruptcy Code because he is a person authorized under applicable Brazilian law, who has been designated by the Central Bank of Brazil to act in that capacity.

(b)     BCSUL's Liquidation Proceeding is "foreign main proceeding" as that term is defined in sections 101(23) and 1502(4) of the Bankruptcy Code, because it is (a) a collective administrative proceeding currently pending in Brazil, BCSUL's "center of main interests" as such term is used in §§ 1502(4), 1516(c) and 1517(b)(1)and (b) under a law relating to insolvency or adjustment of debt in which BCSUL's assets and affairs are subject to control and the supervision of the Central Bank of Brazil for the purpose of liquidation.

(c)     This petition meets the requirements of an application for recognition under § 1515 because (i) the Liquidator has filed its petition for recognition; (ii) this petition is accompanied by a certified and translated copy of the Bankruptcy Order and Appointment Order; and (iii) this petition is accompanied by the Declaration of the Liquidator regarding any other foreign proceedings.

(d)     BCSUL meets the requirements of a "debtor" as defined in sections 109(a) and 1502 because BCSULis the subject of a foreign proceeding and has assets in the United States sufficient to comply with section 109(a) in the form of a retainer on deposit with Astigarraga Davis Mullins & Grossman, P.A., and other assets which belong to BCSUL even if they are titled in the name of other entities and/or beneficially owned by other entities, including, but not limited to, an account held in the name of BCS Asset Management at Sofisa Bank of Florida in Miami,

7



Florida, as well as claims BCSUL may raise against such other entities or other third parties related to fraudulent transfers, preferences and/or fraud[2].

## RELIEF REQUESTED

25.     In furtherance of his duties, the Liquidator seeks an order pursuant to sections 105(a), 1507, 1517, 1520 and 1521 of the Bankruptcy Code and, if necessary, Rule 65 of the Federal Rules of Civil Procedure as made applicable herein by Rule 7065 of the Federal Rules of Bankruptcy Procedure, in the form of the Proposed Order, attached as **Exhibit "F",**granting the following relief:

(a)     Recognizing the BCSUL's Liquidation Proceeding as a foreign main proceeding and the Liquidator as the Foreign Representative;

(b)     Granting the relief allowable as of right upon recognition of a foreign main proceeding under § 1520 of the Bankruptcy Code;

(c)     Granting further additional relief as authorized by section 1521 of the Bankruptcy Code, including, without limitation:

(i)     staying the commencement or continuation of any action or proceeding without the consent of the Liquidator concerning BCSUL's assets, rights, obligations, or liabilities to the extent not stayed under section 1520(a) of the Bankruptcy Code;

(ii)     staying execution against BCSUL's assets to the extent not stayed under section 1520(a);

---

[2]The Liquidator asserts that, for a variety of reasons, section 109(a) does not apply in Chapter 15, and that a Chapter 15 debtor, as defined in section 1502, does not have to have a place of business, domicile or property in the United States. However, even if Section 109(a) does apply, there is a "relatively low bar" to show "property" in the U.S. to satisfy the requirements of section 109(a). See e.g.In re Marco Polo Seatrade BV, No. 11-13-634, Tr. at 488:13-17, (Dkt. Item 188) (Bankr. S.D.N.Y. Oct. 3, 2011) (holding that an unused portion of a retainer at its U.S. counsel's law firm was sufficient to comply with section 109(a)'s requirement, stating that "109(a) simply uses the word "'property' .... It doesn't say that [the] property needs to be significant in amount. It just has to be here.").

    (iii)    suspending the right to transfer or otherwise dispose of any BCSUL'sassets to the extent this right has not been suspended under section 1520(a);

   (d)    providing for the examination of witnesses, the taking of evidence or the delivery of information concerning BCSUL's assets, affairs, rights, obligations, affairs or liabilities under § 1521(a)(4) pursuant to the procedure of Fed.R.Bankr.P. 2004 and Local Rule 2004-1, and finding that such information is required in the foreign proceeding under the law of the United States;

   (e)    entrusting the administration or realization of all or part of BCSUL's assets within the territorial jurisdiction of the United States to the Liquidator;

    (iv)    entrusting the distribution of all or part of BCSUL'sassets located within the United States to the Liquidator and finding that BCSUL's assets are sufficiently protected thereby;

    (v)    otherwise granting comity to and giving full force and effect to the Bankruptcy Order and the Appointment Order; and

    (vi)    awarding the Liquidator such other and further relief as this Court may deem just and proper.

## HEARING AND NOTICE

26.    The Liquidator requests that the Court set the date for a hearing, pursuant to section 1517(c) of the Bankruptcy Code at the earliest possible time.



WHEREFORE, the Liquidator respectfully requests that this Court enter an order substantially in the form attached hereto as **Exhibit D** and grant it such other and further relief as may be just and proper.

Dated:  June 4, 2014

Respectfully submitted,

ASTIGARRAGA DAVIS
MULLINS & GROSSMAN P.A.
*Attorneys for the Liquidator*
ASTIGARRAGA DAVIS
MULLINS & GROSSMAN, P.A.
1001 Brickell Bay Drive, 9th Floor
Miami, Florida 33131
Telephone: 305-372-8282
Facsimile: 305-372-8202

By:  */s/ Gregory S. Grossman*

Gregory S. Grossman, Fla. Bar No. 896667
ggrossman@astidavis.com
Edward H. Davis, Fla. Bar No. 704539
edavis@astidavis.com
Daniel M. Coyle, Fla. Bar No. 0055576
dcoyle@astidavis.com

## VERIFICATION

I, Eduardo Felix Bianchini, declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. §1746, that I am the duly appointed Liquidator for BCSUL and its affiliated entities, and that, in such capacity, I have the authority to make this verification; that my Brazilian counsel, Henrique Forssell, read to me the foregoing Verified Petition For Recognition in Portuguese; and that the facts and matters alleged and contained therein are true and correct to the best of my knowledge and belief, based upon my own personal knowledge of the facts involved and upon my review of the books and records customarily kept and maintained by BCSUL and its affiliated entities.

Dated this 26th day of May, 2014

By: _____
     **EDUARDO FELIX BIANCHINI**

11

**EXHIBIT "A"**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:                                    Chapter 15

BANCO CRUZEIRO DO SUL S.A., *et al.*,[1]   Case No.:_____

Debtors in a Foreign Proceeding

_____

### DECLARATION OF EDUARDO FELIX BIANCHINI AND LIST OF ADMINISTRATORS, PARTIES, AND ENTITIES PURSUANT TO 11 U.S.C. § 1515 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(4)

I, EDUARDO FELIX BIANCHINI, hereby declare as follows:

1.      I am over the age of 18 and, if called upon, could completely testify to all matters set forth in this statement based upon my own personal knowledge except for those portions specified as being otherwise.

2.      On September 14, 2012, the Central Bank of Brazil ordered the extrajudicial liquidation of Banco Cruzeiro do Sul S.A. ("BCSUL") and four of its affiliates (collectively, the "Debtors") after it determined that the Debtors could no longer return to normal business operations due to confirmation of a distressed financial condition and serious violations of regulation of the National Monetary Council and of the Central Bank of Brazil.  BCSUL's affiliates which are currently in liquidation include:

> (a)      Cruzeiro do Sul S.A. – Companhia Securitizadora de Crédios Financeiros;
>
> (b)      Cruzeiro do Sul S.A. Corretora de Valores e Mercadorias;
>
> (c)      Cruzeiro do Sul Holding Financeira S.A.; and
>
> (d)      Cruzeiro do Sul S.A. Distribuidora de Títulos e Valores Mobiliários

---

[1]      The debtors in these chapter 15 cases are: (a) Banco Cruzeiro do Sul S.A., (b) Cruzeiro do Sul S.A. Companhia Securitizadora de Creditos Financeiros, (c) Cruzeiro do Sul S.A. Corretora de Valores e Mercadorias, (d) Cruzeiro do Sul Holding Financeira S.A., and (e) Cruzeiro do Sul S.A. Distribuidora de Titulos e Valores Mobiliários.



3.     On May 24, 2013, the Central Bank of Brazil appointed me to serve as the liquidator ("Liquidator") for the Debtors in connection with their liquidation proceeding pending before the Central Bank in Brazil in substitution to the previously appointed liquidator, Mr. Sergio Rodrigues Prates.

4.     The Debtors' Brazilian Liquidation Proceeding is a "foreign main proceeding" as that term is defined in section 101(23) and 1502(4) of the Bankruptcy Code, because it is a (a) collective administrative proceedings currently pending in Brazil, the "center of main interests" for the Debtors and (b) under a law relating to insolvency or adjustment of debt in which the Debtors' assets and affairs are subject to control and the supervision of the Central Bank of Brazil for the purpose of liquidation.

5.     By virtue of my appointment as Liquidator by the Central Bank of Brazil, I am the foreign representative of the Debtors, as that term is defined in section 101(24) of the Bankruptcy Code. As such, I am duly authorized to commence a case under section 1504 by filing with the Court a petition for recognition of a foreign proceeding under section 1515 of the Bankruptcy Code.

6.     In accordance with section 1515(b) of the Bankruptcy Code, this statement is being filed contemporaneously with a verified petition for recognition of a foreign main proceeding and certified translated copies of the decrees entered by the Central Bank appointing me as Liquidator for the Debtors.

**Other Foreign Proceedings of the Debtor**

7.     In accordance with section 1515(c) of the Bankruptcy Code, I am not aware of any foreign proceedings, as that term is defined in section 101(23), other than extrajudicial

2



liquidation proceedings currently pending in Brazil. I am the only duly authorized foreign representative of the Debtors as that term is defined in section 101(24).

## Litigation Pending in the United States

8.      In accordance with Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), I am not aware of any litigation pending in the United States in which the Debtors are a party.

## Entities Against Whom Provisional Relief Is Being Sought

9.      In accordance with Bankruptcy Rule 1007(a)(4), I hereby state that the Debtors are not seeking interim relief at this time against any entities under section 1519 of the Bankruptcy Code.

I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated this 27th day of May, 2014.

By: _____
        **EDUARDO FELIX BIANCHINI**

3

**COMPOSITE EXHIBIT "B"**

_____

**Ministry of Finance**

_____

CENTRAL BANK OF BRAZIL

ACT No. 1.230, OF SEPTEMBER 14, 2012

Decrees the extrajudicial liquidation of Banco Cruzeiro do Sul S.A.

The President of the Central Bank of Brazil, using the powers vested in him by art. 12, section XVII of the Bylaws, based on arts. 1, 15, section I, lines "a" and "b" and 16 of Law no. 6.024 of March 13, 1974, and on art. 11, line "c" of Decree-law no. 2.321, of February 25, 1987, and considering the special administrator report, which confirms the weakening of the economic-financial situation and the serious violation of the rules issued by the National Monetary Council and the Central Bank of Brazil, confirming the existence of uncovered liabilities, and the unfeasibility of a return to normal business operations by the company, hereby determines:

Art. 1 The extrajudicial liquidation is hereby decreed of Banco Cruzeiro do Sul S.A., CNPJ no. 62.136.254/0001-99, with main offices in São Paulo, under the temporary special administration regime decreed by Presidential Act no. 1.217 of June 4, 2012, published in the Official Gazette of the Union on June 5, 2012.

Art. 2 Mr. Sérgio Rodrigues Prates, CPF no. 025.281.770-20, ID Card no.  09004430352 SSP/RS is appointed as liquidator.

Art. 3 The legal date of the extrajudicial liquidation is determined to be April 5, 2012.

ALEXANDRE ANTONIO TOMBINI

ACT No. 1.231, OF SEPTEMBER 14, 2012

Decrees, by extension, the extra- judicial

liquidation of Cruzeiro do Sul S.A. Holding

Financeira S.A.

The President of the Central Bank of Brazil, using the powers vested in him by art. 12, section XVII of the Bylaws, based on arts. 1 and 15, section I, lines "a" and "b," 16 and 51 of Law no. 6.024 of March 13, 1974, and on art. 11, line "c" of Decree-law no. 2.321, of February 25, 1987, and considering that it has decreed, on this date, the extra-judicial liquidation of Banco Cruzeiro do Sul S.A. (CNPJ no. 62.136.254/0001-99), with which the company has an affiliation, characterized by the exercise of control and by the existence of common management, in accordance with a Decision by the Board in a meeting on September 14, 2012, hereby resolves:

Art. 1 By extension, the extra-judicial liquidation is decreed of Cruzeiro do Sul S.A. Holding Financeira S.A., CNPJ no. 13.225.116/0001-70, with main offices in São Paulo, now under the temporary special administration regime decreed by Presidential Act no. 1.218 of June 4, 2012, published in the Official Gazette of the Union on June 5, 2012.

Art. 2 Mr. Sérgio Rodrigues Prates, CPF no. 025.281.770-20, ID Card no. 09004430352 SSP/RS is appointed as liquidator.

Art. 3 The legal date of the extrajudicial liquidation is determined to be April 5, 2012.

ALEXANDRE ANTONIO TOMBINI

ACT No. 1.232, OF SEPTEMBER 14, 2012

Decrees, by extension, the extra- judicial liquidation of Cruzeiro do Sul S.A. Corretora de Valores e Mercadorias.

The President of the Central Bank of Brazil, using the powers vested in him by art. 12, section XVII of the Bylaws, based on arts. 1 and 15, section I, lines "a" and "b," 16 and 51 of Law no. 6.024 of March 13, 1974, and on art. 11, line "c" of Decree-law no. 2.321, of February 25, 1987, and considering that it has decreed, on this date, the extra-judicial liquidation of Banco Cruzeiro do Sul S.A. (CNPJ no. 62.136.254/0001-99), with which the company has an affiliation, characterized by the exercise of control and by the existence of common management, in accordance with a Decision by the Board in a meeting on September 14, 2012, hereby resolves:

Art. 1 By extension, the extra-judicial liquidation is decreed of Cruzeiro do Sul S.A.. Corretora de Valores e Mercadorias, CNPJ no. 04.169.504/0001-90, with main offices in São Paulo, now under the temporary special administration regime decreed by Presidential Act no. 1.219 of June 4, 2012, published in the Official Gazette of the Union on June 5, 2012.

Art. 2 Mr. Sérgio Rodrigues Prates, CPF no. 025.281.770-20, ID Card no.  09004430352 SSP/RS is appointed as liquidator.

Art. 3 The legal date of the extrajudicial liquidation is determined to be April 5, 2012.

ALEXANDRE ANTONIO TOMBINI

ACT No. 1.233, OF SEPTEMBER 14, 2012

Decrees, by extension, the extra- judicial

liquidation of Cruzeiro do Sul S.A. DTVM.

The President of the Central Bank of Brazil, using the powers vested in him by art. 12, section XVII of the Bylaws, based on arts. 1 and 15, section I, lines "a" and "b," 16 and 51 of Law no. 6.024 of March 13, 1974, and on art. 11, line "c" of Decree-law no. 2.321, of February 25, 1987, and considering that it has decreed, on this date, the extra-judicial liquidation of Banco Cruzeiro do Sul S.A. (CNPJ no. 62.136.254/0001-99), with which the company has an affiliation, characterized by the exercise of control and by the existence of common management, in accordance with a Decision by the Board in a meeting on September 14, 2012, hereby resolves:

Art. 1 By extension, the extra-judicial liquidation is decreed of Cruzeiro do Sul S.A.. DTVM, CNPJ No. 62.382.908/0001-64, with main offices in São Paulo, now under the temporary special administration regime decreed by Presidential Act no. 1.220 of June 4, 2012, published in the Official Gazette of the Union on June 5, 2012.

_____

## FUNDAÇÃO UNIVERSIDADE FEDERAL DE VIÇOSA

**PORTARIA Nº 1.063, DE 14 DE SETEMBRO DE 2012**

A Reitora da Universidade Federal de Viçosa, no uso de suas atribuições, conferidas pelo Decreto de 16/05/2011, publicado no Diário Oficial da União de 17/05/2011, considerando o que consta do Processo 014865/2009, resolve:

Aplicar à empresa ACERT CONSERVAÇÃO E SERVIÇOS GERAIS LTDA, com sede à Av. Afonso Pena, nº 748, sala 605, Centro, Belo Horizonte, MG, CEP 30130-904, inscrita no CNPJ sob o nº 07.258.147/0001-25, a pena de impedimento de licitar e contratar com a União pelo prazo de 1 (um) ano, cumulada com multa de 10% (dez por cento) do valor do Contrato nº 079/2010, Nota de Empenho nº 2010NE900006, bem como com sua rescisão, com fundamento nos subitens 8.1, 8.1.2, 8.2 e 8.2.6 do instrumento contratual, determinando, ainda, o registro das punições e descredenciamento junto ao SICAF, de acordo com o subitem 8.4 do contrato mencionado.

NILDA DE FÁTIMA FERREIRA SOARES

## SECRETARIA DE REGULAÇÃO E SUPERVISÃO DA EDUCAÇÃO SUPERIOR

**PORTARIA Nº 170, DE 14 DE SETEMBRO DE 2012**

O SECRETÁRIO DE REGULAÇÃO E SUPERVISÃO DA EDUCAÇÃO SUPERIOR, no uso da competência que lhe foi conferida pelo Decreto nº 7.690, de 2 de março de 2012, e tendo em vista o Decreto nº 5.773, de 9 de maio de 2006 e suas alterações, a Portaria Normativa nº 40, de 12 de dezembro de 2007, republicada em 29 de dezembro de 2010, e conforme consta do registro e-MEC nº 201006415, do Ministério da Educação, resolve:

Art. 1º Fica reconhecido o curso de Administração, na modalidade a distância, carga horária de 3.000h, ministrado pelo Centro Universitário Jorge Amado - UNIJORGE, mantido pela Sociedade Baiana de Educação e Cultura S/A - ASBEC, estabelecido na Avenida Luís Viana, nº 6775, no Município de Salvador, Estado da Bahia, com 500 (quinhentas) vagas totais anuais, distribuídas entre todos os pólos de apoio presencial credenciados.

§ 1º As atividades presenciais dos alunos serão realizadas nos seguintes pólos de apoio presencial: Polo PARALELA - Avenida Luís Viana Filho, nº 6775, CEP 41745-130, Salvador - BA; e Polo CURITIBA - Rua Emiliano Perneta, nº 174, Centro, CEP 80010-050, Curitiba - PR.

Art. 2º Esta portaria entra em vigor na data de sua publicação.

JORGE RODRIGO ARAÚJO MESSIAS

## UNIVERSIDADE FEDERAL DO RIO DE JANEIRO

**PORTARIA Nº 6.518, DE 5 DE SETEMBRO DE 2012**

O Reitor da Universidade Federal do Rio de Janeiro, no uso de suas atribuições, conferidas pelo Decreto Presidencial de 29 de junho de 2011, publicado no Diário Oficial da União Nº 124, de 30 de junho de 2011, resolve:

Tornar público o nome do candidato aprovado, homologando o resultado do Concurso Público de Provas e Títulos, no Setor História da Arte, da Escola de Belas Artes, na categoria Titular. O número do edital do concurso é 142, de 11 de janeiro de 2011, publicado no DOU nº 18, de 26 de janeiro de 2011, resolve:
- Rogério Medeiros.

CARLOS ANTÔNIO LEVI DA CONCEIÇÃO

**PORTARIA Nº 6.522, DE 5 DE SETEMBRO DE 2012**

O Reitor da Universidade Federal do Rio de Janeiro, no uso de suas atribuições, conferidas pelo Decreto Presidencial de 29 de junho de 2011, publicado no Diário Oficial da União Nº 124, de 30 de junho de 2011, resolve:

Tornar público o nome dos candidatos aprovados, homologando o resultado do Concurso Público de Provas e Títulos, no Setor Engenharia Neural da COPPE, na categoria Adjunto. O número do edital do concurso é 40, de 04 de abril de 2011, publicado no DOU nº 65, de 05 de abril de 2011, resolve:
1º - Carlos Julio Tierra Criollo
2º - Aline Rocha Gesualdi

CARLOS ANTÔNIO LEVI DA CONCEIÇÃO

**PORTARIA Nº 6.523, DE 5 DE SETEMBRO DE 2012**

O Reitor da Universidade Federal do Rio de Janeiro, no uso de suas atribuições, conferidas pelo Decreto Presidencial de 29 de junho de 2011, publicado no Diário Oficial da União Nº 124, de 30 de junho de 2011, resolve:

Tornar público o nome da candidata aprovada, homologando o resultado do Concurso Público de Provas e Títulos, no Setor História da Arte/Arte no Brasil, da Escola de Belas Artes, na categoria Adjunto. O número do edital do concurso é 81, de 11 de julho de 2011, publicado no DOU nº 132, de 12 de julho de 2011.
- Tatiana da Costa Martins

CARLOS ANTÔNIO LEVI DA CONCEIÇÃO

**PORTARIA Nº 6.524, DE 5 DE SETEMBRO DE 2012**

O Reitor da Universidade Federal do Rio de Janeiro, no uso de suas atribuições, conferidas pelo Decreto Presidencial de 29 de junho de 2011, publicado no Diário Oficial da União Nº 124, de 30 de junho de 2011, resolve:

Tornar público o nome da candidata aprovada, homologando o resultado do Concurso Público de Provas e Títulos, no Setor Restauração em Papel, da Escola de Belas Artes, na categoria Assistente. O número do edital do concurso é 142, de 11 de outubro de 2011, publicado no DOU nº 200, de 18 de outubro de 2011.
- Ana Paula Corrêa de Carvalho

CARLOS ANTÔNIO LEVI DA CONCEIÇÃO

**PORTARIA Nº 6.525, DE 5 DE SETEMBRO DE 2012**

O Reitor da Universidade Federal do Rio de Janeiro, no uso de suas atribuições, conferidas pelo Decreto Presidencial de 29 de junho de 2011, publicado no Diário Oficial da União Nº 124, de 30 de junho de 2011, resolve:

Tornar público, em ordem de classificação, os nomes dos candidatos aprovados, homologando o resultado dos Concursos Públicos de Provas e Títulos, na Categoria Adjunto conforme Unidades descritas abaixo. O número do edital do concurso é 34, de 23 de março de 2012, publicado no DOU nº 60, de 27 de março de 2012.

Campus Macaé/Curso de Farmácia/Análises Farmacêuticas
1º - Maximiliano da Silva Sangoi
2º - Thiago Barth

Curso de Relações Internacionais
3º - Adoir de Oliveira Gomes

COFPEAD/Marketing e Negócios Internacionais
- Roberta Dias Campos

Instituto de Matemática/Matemática
1º - Graham Andrew Craig Smith
2º - Paulo Verdasca Amorim
3º - Andrew James Clarke
4º - Vinicius Viana Luiz Albani
5º - Laura Senos Lacerda Fernandes
6º - Isnis Nitschi
7º - Theodora Cristina Radu
8º - Fernando Antonio de Araújo Carneiro

CARLOS ANTÔNIO LEVI DA CONCEIÇÃO

## CENTRO DE FILOSOFIA E CIÊNCIAS HUMANAS COLÉGIO DE APLICAÇÃO

**PORTARIA Nº 7.082, DE 14 DE SETEMBRO DE 2012**

O diretor do Colégio de Aplicação do Centro de Filosofia e Ciências Humanas da Universidade Federal do Rio de Janeiro, nomeada pela portaria nº 229, de 26 de janeiro de 2009 publicada no DOU nº 18 - Seção 2, de 27 de janeiro de 2010, resolve:

Tornar público o resultado do processo seletivo aberto para contratação de professores substitutos referente ao Edital nº 185, de 3/9/2012, publicado no DOU nº 172, de 4/9/2012, Seção III, pp. 70-1, divulgando, em ordem de classificação, os nomes dos candidatos aprovados:

Matemática
1.Lucas Medeiros e Melo
2.Louise dos Santos Lima

CELINA MARIA DE SOUZA COSTA

## UNIVERSIDADE FEDERAL DE UBERLÂNDIA PRÓ-REITORIA DE RECURSOS HUMANOS

**PORTARIA Nº 1.719, DE 10 DE SETEMBRO DE 2012**

O PRÓ-REITOR DE RECURSOS HUMANOS DA UNIVERSIDADE FEDERAL DE UBERLÂNDIA, no uso de suas atribuições legais, resolve:

Art. 1º PRORROGAR, por mais 01 (um) ano o prazo de validade do Processo Seletivo, realizado pelo INSTITUTO DE BIOLOGIA, regido pelo edital 065/2011, na área ZOOLOGIA, cujo Edital de homologação do resultado foi publicado no Diário Oficial na União em 12 de setembro de 2011.

Art. 2º. Esta Portaria entra em vigor nesta data.

SINÉSIO GOMIDE JÚNIOR

## Ministério da Fazenda

### BANCO CENTRAL DO BRASIL

**ATO Nº 1.230, DE 14 DE SETEMBRO DE 2012**

Decreta a liquidação extrajudicial do Banco Cruzeiro do Sul SA.

O Presidente do Banco Central do Brasil, no uso das atribuições que lhe confere o art. 12, inciso XVII, do Regimento Interno, com fundamento nos arts. 1º, 15, inciso I, alíneas "a" e "b", e 16 da Lei nº 6.024, de 13 de março de 1974, e no art. 11, alínea "c", do Decreto-lei nº 2.321, de 25 de fevereiro de 1987, e considerando o relatório do administrador especial, que confirma o comprometimento da situação econômico-financeira e a grave violação das normas emanadas do Conselho Monetário Nacional e do Banco Central do Brasil, atestando a existência de passivo a descoberto e a inviabilidade de normalização dos negócios da empresa, resolve:

Art. 1º Fica decretada a liquidação extrajudicial do Banco Cruzeiro do Sul SA, CNPJ nº 62.136.254/0001-99, com sede em São Paulo, em sob o regime de administração especial temporária decretado pelo Ato do Presidente nº 1.217, de 4 de junho de 2012, publicado no Diário Oficial da União de 5 de junho de 2012.

Art. 2º Fica nomeado liquidante o Senhor Sergio Rodrigues Prates, CPF nº 025.281.770-20, carteira de identidade nº 09004430352 SSP/RS.

Art. 3º Fica indicado como termo legal da liquidação extrajudicial o dia 5 de abril de 2012.

ALEXANDRE ANTONIO TOMBINI

**ATO Nº 1.231, DE 14 DE SETEMBRO DE 2012**

Decreta, por extensão, a liquidação extrajudicial da Cruzeiro do Sul Holding Financeira S.A.

O Presidente do Banco Central do Brasil, no uso das atribuições que lhe confere o art. 12, inciso XVII, do Regimento Interno, com fundamento nos arts. 1º e 15, inciso I, alíneas "a" e "b", 16 e 51 da Lei nº 6.024, de 13 de março de 1974, e no art. 11, alínea "c", do Decreto-lei nº 2.321, de 25 de fevereiro de 1987, e considerando haver decretado, nesta data, a liquidação extrajudicial do Banco Cruzeiro do Sul S.A. (CNPJ nº 62.136.254/0001-99), com o qual a empresa mantém vínculo de interesse, caracterizado pelo exercício do poder de controle e pela existência de administração comum, de acordo com decisão da Diretoria Colegiada em reunião de 14 de setembro de 2012, resolve:

Art. 1º Fica decretada, por extensão, a liquidação extrajudicial da Cruzeiro do Sul Holding Financeira S.A., CNPJ nº 13.225.116/0001-70, com sede em São Paulo, ora sob o regime de administração especial temporária decretado pelo Ato do Presidente nº 1.218, de 4 de junho de 2012, publicado no Diário Oficial da União de 5 de junho de 2012.

Art. 2º Fica nomeado liquidante o Senhor Sergio Rodrigues Prates, CPF nº 025.281.770-20, carteira de identidade nº 09004430352 SSP/RS.

Art. 3º Fica indicado como termo legal da liquidação extrajudicial o dia 5 de abril de 2012.

ALEXANDRE ANTONIO TOMBINI

**ATO Nº 1.232, DE 14 DE SETEMBRO DE 2012**

Decreta, por extensão, a liquidação extrajudicial da Cruzeiro do Sul S.A. Corretora de Valores e Mercadorias.

O Presidente do Banco Central do Brasil, no uso das atribuições que lhe confere o art. 12, inciso XVII, do Regimento Interno, com fundamento nos arts. 1º e 15, inciso I, alíneas "a" e "b", 16 e 51 da Lei nº 6.024, de 13 de março de 1974, e no art. 11, alínea "c", do Decreto-lei nº 2.321, de 25 de fevereiro de 1987, e considerando haver decretado, nesta data, a liquidação extrajudicial do Banco Cruzeiro do Sul S.A. (CNPJ nº 62.136.254/0001-99), com o qual a empresa mantém vínculo de interesse, caracterizado pelo exercício do poder de controle e pela existência de administração comum, de acordo com decisão da Diretoria Colegiada em reunião de 14 de setembro de 2012, resolve:

Art. 1º Fica decretada, por extensão, a liquidação extrajudicial da Cruzeiro do Sul S.A. Corretora de Valores e Mercadorias, CNPJ nº 04.169.504/0001-90, com sede em São Paulo, ora sob o regime de administração especial temporária decretado pelo Ato do Presidente nº 1.219, de 4 de junho de 2012, publicado no Diário Oficial da União de 5 de junho de 2012.

Art. 2º Fica nomeado liquidante o Senhor Sergio Rodrigues Prates, CPF nº 025.281.770-20, carteira de identidade nº 09004430352 SSP/RS.

Art. 3º Fica indicado como termo legal da liquidação extrajudicial o dia 5 de abril de 2012.

ALEXANDRE ANTONIO TOMBINI

**ATO Nº 1.233, DE 14 DE SETEMBRO DE 2012**

Decreta, por extensão, a liquidação extrajudicial da Cruzeiro do Sul S.A. DTVM.

O Presidente do Banco Central do Brasil, no uso das atribuições que lhe confere o art. 12, inciso XVII, do Regimento Interno, com fundamento nos arts. 1º e 15, inciso I, alíneas "a" e "b", 16 e 51 da Lei nº 6.024, de 13 de março de 1974, e no art. 11, alínea "c", do Decreto-lei nº 2.321, de 25 de fevereiro de 1987, e considerando haver decretado, nesta data, a liquidação extrajudicial do Banco Cruzeiro do Sul S.A. (CNPJ nº 62.136.254/0001-99, com o qual a empresa mantém vínculo de interesse, caracterizado pelo exercício do poder de controle e pela existência de administração comum, de acordo com decisão da Diretoria Colegiada em reunião de 14 de setembro de 2012, resolve:

Art. 1º Fica decretada, por extensão, a liquidação extrajudicial da Cruzeiro do Sul S.A. DTVM, CNPJ nº 62.382.908/0001-64, com sede em São Paulo, ora sob o regime de administração especial temporária decretado pelo Ato do Presidente nº 1.220, de 4 de junho de 2012, publicado no Diário Oficial da União de 5 de junho de 2012.

Este documento pode ser verificado no endereço eletrônico http://www.in.gov.br/autenticidade.html, pelo código 00012012091700017

ESTA AUTENTICAÇÃO NÃO DISPENSA CONSULTA À INTERNET PARA VERIFICAÇÃO DA VALIDADE DO DOCUMENTO

Documento assinado digitalmente conforme MP nº 2.200-2 de 24/08/2001, que institui a Infraestrutura de Chaves Públicas Brasileira - ICP-Brasil.



**Banco
Cruzeiro
do Sul**

**Under Extra-Judicial Liquidation**

_____

### INSTRUMENT OF INVESTITURE

On the 24th day of the month of May of the year 2013, at eleven-thirty a.m., at the main offices of **BANCO CRUZEIRO DO SUL S/A,** located at Rua Funchal, 418, 9° andar, Vila Olímpia, São Paulo – SP, with the presence of Mr. Sérgio Rodrigues Prates, Brazilian, married, attorney, Eduardo Félix Bianchini, ID Card 5436983 SSP/SP and CPF 096.514.621-91, assumed the position of liquidator, appointed by an Act of the Director of the Rural Credit Operations Control and Financial System Organization at the Central Bank of Brazil, with the following text, which was read aloud to those present:

ACT BY DIRECTOR No. 486, OF MAY 24, 2013

Removes and appoints liquidator.

The Director of the Rural Credit Operations Control and Financial System Organization, using the power vested in him by art. 18, section XVI of the Bylaws, based on art. 16 of Law no. 6.024 of March 13, 1974.

D E T E R M I N E S :

Art. 1 Beginning on this date, Sérgio Rodrigues Prates, ID Card 9004430352 SSP/RS and CPF no. 025.281.770-20, is hereby removed from the functions of liquidator of the companies Banco Cruzeiro do Sul S.A. (CNPJ 62.136.254/0001-99), Cruzeiro do Sul Holding Financeira S.A. (CNPJ 13.225.116/0001-70), Cruzeiro do Sul S.A. Corretora de Valores e Mercadorias (CNPJ 04.169.504/0001-90), Cruzeiro do Sul S.A. Distribuidora de Títulos e Valores Mobiliários (CNPJ 62.382.908/0001-64, Cruzeiro do Sul S.A. – Companhia Securitizadora de Crédios Financeiros (CNPJ 06.227.606/0001-40), all under extrajudicial liquidation; the main offices of the first company are located in São Paulo, SP, and the main offices of the other companies are located in Rio de Janeiro, RJ.

Art. 2 In replacement, with broad powers of administration and liquidation, Eduardo Félix Bianchini, ID Card 5436983 SSP/SP and CPF 096.514.621-91.

[Stamps – Notary Public Office
Dated July 12, 2013]

Sidnei Corrêa Marques



**Under Extra-Judicial Liquidation**

_____

With the liquidator now vested in his office, this instrument of investiture was drawn up to produce the legal effects; it was read out loud and found to be correct, and is signed by the persons identified above, in the presence of two witnesses.

São Paulo, SP, May 24, 2013

[Signature]

_____
Eduardo Félix Bianchini
Liquidator

[Signature]                                                    [Signature]
Jesus da Silveira Delfino                          Ivan Dumont Silva
RG 9.976.410-6/SP                                  RG 1.112.915/MG
CPF 003.988.388-44                                 CPF 369.841.246-20

[Stamps – Notary Public Office
Dated July 12, 2013]



**Banco
Cruzeiro
do Sul**

Em Liquidação Extrajudicial

---

# TERMO DE POSSE

Aos 24 dias do mês de maio do ano de 2013, às onze horas e trinta minutos, na sede social do **BANCO CRUZEIRO DO SUL S/A,** situada na Rua Funchal, 418, 9º Andar, Vila Olímpia, São Paulo – SP, presentes o Sr. Sérgio Rodrigues Prates, brasileiro, casado, advogado, tomou posse como liquidante Eduardo Félix Bianchini, carteira de identidade 5436983 SSP/SP e CPF 096.514.621-91, nomeado por Ato do Sr. Diretor de Organização do sistema Financeiro e Controle de Operações de Crédito Rural do banco Central do Brasil, cujo texto, do seguinte teor foi lido para os presentes:

ATO DE DIRETOR Nº 486, DE 24 DE MAIO DE 2013

Dispensa e nomeia liquidante.

O Diretor de Organização do Sistema Financeiro e Controle de Operações do Crédito Rural do Banco Central do Brasil, no uso das atribuições que lhe confere o art. 18, inciso XVI, do Regimento Interno, com fundamento no art. 16 da Lei nº 6.024, de 13 de março de 1974.

R E S O L V E :

Art. 1º Fica dispensado, a partir desta data, Sérgio Rodrigues Prates, carteira de identidade 9004430352 SSP/RS e CPF 025.281.770-20, das funções de liquidante das empresas Banco Cruzeiro do Sul S.A. (CNPJ 62.136.254/0001-99), Cruzeiro do Sul Holding Financeira S.A. (CNPJ 13.225.116/0001-70), Cruzeiro do Sul S.A. Corretora de Valores e Mercadorias (CNPJ 04.169.504/0001-90), Cruzeiro do Sul S.A. Distribuidora de Títulos e Valores Mobiliários (CNPJ 62.382.908/0001-64), Cruzeiro do Sul S.A. - Companhia Securitizadora de Créditos Financeiros (CNPJ 06.227.606/0001-40), todas em liquidação extrajudicial, sendo a primeira com sede em São Paulo (SP) e as demais com sede no Rio de Janeiro (RJ).

Art. 2º Fica nomeado em substituição, com amplos poderes de administração e liquidação, Eduardo Felix Bianchini, carteira de identidade 5436983 SSP/SP e CPF 096.514.621-91.

Sidnei Corrêa Marques



**Banco Cruzeiro do Sul**

Em Liquidação Extrajudicial

Empossado o liquidante, para que produza os devidos fins de direito, foi lavrado o presente termo, que, lido e achado conforme, é assinado pelas pessoas acima qualificadas, na presença de duas testemunhas.

São Paulo- SP 24 de maio de 2013

Eduardo Felix Bianchini

Liquidante

Jesus da Silveira Delfino
RG 9.976.410-6/SP
CPF 003.988.388-44

Ivan Dumont Silva
RG 1.112.915/MG
CPF 369.841.246-20

**EXHIBIT "C"**

**INSTRUMENT OF INVESTITURE**

On the 14th (fourteenth) day of the month of September of the year 2012, at 10:15 a.m., at the main offices of **BANCO CRUZEIRO DO SUL S/A, - Under extrajudicial liquidation**, located at Rua Funchal, 418, 7°, 8° e 9° andares. Vila Olímpia, in the city of São Paulo, Mr. Sérgio Rodrigues Prates, married, retired federal civil servant, CPF 025.281.770-20, ID Card no. 09004430352 SSP/RS, assumed the position of liquidator, appointed by Act no. 1.230 of the President of the Central Bank of Brazil, in the presence of Dr. Celso Antunes da Costa, representative of the Credit Guarantee Fund, based on following text, which was read aloud to those present:

"PRESIDENTIAL ACT No. 1.230, OF SEPTEMBER 14, 2012

Decrees the extrajudicial liquidation of Banco Cruzeiro do Sul S.A.

The President of the Central Bank of Brazil, using the powers vested in him by art. 12, section XVII of the Bylaws, based on arts. 1, 15, section I, lines "a" and "b" and 16 of Law no. 6.024 of March 13, 1974, and on art. 11, line "c" of Decree-law no. 2.321, of February 25, 1987, and considering the special administrator report, which confirms the weakening of the economic-financial situation and the serious violation of the rules issued by the National Monetary Council and the Central Bank of Brazil, confirming the existence of uncovered liabilities, and the unfeasibility of a return to normal business operations by the company,

D E T E R M I N E S:

Art. 1 The extrajudicial liquidation is hereby decreed of Banco Cruzeiro do Sul S.A., CNPJ no. 62.136.254/0001-99, with main offices in São Paulo, now under the temporary special administration regime decreed by Presidential Act no. 1.217 of June 4, 2012, published in the Official Gazette of the Union on June 5, 2012.

Art. 2 Mr. Sérgio Rodrigues Prates, CPF no. 025.281.770-20, ID Card no. 09004430352 SSP/RS is appointed as liquidator.

Art. 3 The legal date of the extrajudicial liquidation is determined to be April 5, 2012.

Alexandre Antonio Tombini"

With the liquidator now vested in his office, this instrument of investiture was drawn up to produce the legal effects; it was read out loud and found to be correct, and is signed by the persons identified below, in the presence of two witnesses.

São Paulo, September 14, 201

[Signature]

_____
Sérgio Rodrigues Prates
Liquidator
CPF 025.281.770-20
ID Card   09004430352 SSP/RS

WITNESSES:

[Signature]

_____
Eduardo Felix Bianchini
CPF 096.514.621-91
ID Card   5.436.984-6 SSP/SP

[Signature]

_____
Celso Antunes da Costa
FGC Representative
CPF 192.959.956-00
ID Card 10.676.151 SSP/SP

[Signature]

_____
Daniel Mendes Lopes
CPF 285.905.968-77
ID Card 28.842.850-X  SSP/SP

[Stamps – Notary Public Office
Dated July 12, 2013]

**TERMO DE POSSE**

Aos 14 (catorze) dias do mês de setembro do ano de 2012, às 10:15 horas, na sede social do **BANCO CRUZEIRO DO SUL S.A. – Em liquidação extrajudicial**, situado na Rua Funchal, nº 418, 7º, 8º e 9º andares. Vila Olímpia, na cidade de São Paulo, tomou posse como liquidante, o Sr. Sérgio Rodrigues Prates, casado, servidor público federal aposentado, CPF 025.281.770-20, RG 09004430352 SSP/RS, nomeado por Ato do Sr. Presidente do Banco Central do Brasil nº 1.230, na presença do Sr. Celso Antunes da Costa, representante do Fundo Garantidor de Créditos, cujo texto, do seguinte teor, foi lido aos presentes:

*"ATO-PRESI Nº 1.230, DE 14 DE SETEMBRO DE 2012*

*Decreta a liquidação extrajudicial do Banco Cruzeiro do Sul S.A.*

*O Presidente do Banco Central do Brasil, no uso das atribuições que lhe confere o art. 12, inciso XVII, do Regimento Interno, com fundamento nos arts. 1º, 15, inciso I, alíneas "a" e "b", e 16 da Lei nº 6.024, de 13 de março de 1974, e no art. 11, alínea "c", do Decreto-lei nº 2.321, de 25 de fevereiro de 1987, e considerando o relatório do administrador especial, que confirma o comprometimento da situação econômico-financeira e a grave violação das normas emanadas do Conselho Monetário Nacional e do Banco Central do Brasil, atestando a existência de passivo a descoberto e a inviabilidade de normalização dos negócios da empresa,*

*R E S O L V E :*

*Art. 1º Fica decretada a liquidação extrajudicial do Banco Cruzeiro do Sul S.A., CNPJ nº 62.136.254/0001-99, com sede em São Paulo, ora sob o regime de administração especial temporária decretado pelo Ato do Presidente nº 1.217, de 4 de junho de 2012, publicado no Diário Oficial da União de 5 de junho de 2012.*

*Art. 2º Fica nomeado liquidante o Senhor Sérgio Rodrigues Prates, CPF nº 025.281.770-20, carteira de identidade nº 09004430352 SSP/RS.*

*Art. 3º Fica indicado como termo legal da liquidação extrajudicial o dia 5 de abril de 2012.*

*Alexandre Antonio Tombini"*

Empossado o liquidante, para que produza os devidos fins de direito, foi lavrado o presente termo, que, lido e achado conforme, é assinado pelas pessoas a seguir qualificadas, na presença de duas testemunhas.

São Paulo, 14 de setembro de 2012.

Sérgio Rodrigues Prates
Liquidante
CPF 025.281.770-20
RG 09004430352 SSP/RS

Celso Antunes da Costa
Representante do FGC
CPF 192.959.956-00
RG  10.676.151 SSP/SP

**TESTEMUNHAS:**

Eduardo Felix Bianchini
CPF 096.514.621-91
RG  5.436.983-6 SSP/SP

Daniel Mendes Lopes
CPF: 285.905.968-77
RG   28.842.850-X SSP/SP

**INSTRUMENT OF INVESTITURE**

On the 14th (fourteenth) day of the month of September of the year 2012, at 10:15 a.m., at the main offices of **CRUZEIRO DO SUL S.A. COMPANHIA SECURITIZADORA DE CREDITOS FINANCEIROS - Under extrajudicial liquidation**, located at Rua Funchal, 418, 7°, 8° e 9° andares. Vila Olímpia, in the city of São Paulo, Mr. Sérgio Rodrigues Prates, married, retired federal civil servant, CPF 025.281.770-20, ID Card no. 09004430352 SSP/RS, assumed the position of liquidator, appointed by Act no. 1.234 of the President of the Central Bank of Brazil, in the presence of Dr. Celso Antunes da Costa, representative of the Credit Guarantee Fund, based on following text, which was read aloud to those present:

"PRESIDENTIAL ACT No. 1.234, OF SEPTEMBER 14, 2012

Decrees the extrajudicial liquidation of Cruzeiro Do Sul S.A. Companhia Securitizadora De Creditos Financeiros

The President of the Central Bank of Brazil, using the powers vested in him by art. 12, section XVII of the Bylaws, based on arts. 1 and 15, section I, lines "a" and "b," 16 and 51 of Law no. 6.024 of March 13, 1974, and on art. 11, line "c" of Decree-law no. 2.321, of February 25, 1987, and considering that it has decreed, on this date, the extra-judicial liquidation of Banco Cruzeiro do Sul S.A. (CNPJ no. 62.136.254/0001-99), with which the company has an affiliation, characterized by the exercise of control and by the existence of common management, in accordance with a Decision by the Board in a meeting on September 14, 2012,

R E S O L V E S:

Art. 1 The extrajudicial liquidation is hereby decreed of Cruzeiro Do Sul S.A. Companhia Securitizadora De Creditos Financeiros, CNPJ no. 6.227.606/0001-40, with main offices in São Paulo, now under the temporary special administration regime decreed by Presidential Act no. 1.221 of June 4, 2012, published in the Official Gazette of the Union on June 5, 2012.

Art. 2 Mr. Sérgio Rodrigues Prates, CPF no. 025.281.770-20, ID Card no. 09004430352 SSP/RS is appointed as liquidator.

Art. 3 The legal date of the extrajudicial liquidation is determined to be April 5, 2012.

Alexandre Antonio Tombini"

With the liquidator now vested in his office, this instrument of investiture was drawn up to produce the legal effects; it was read out loud and found to be correct, and is signed by the persons identified below, in the presence of two witnesses.

São Paulo, September 14, 201

[Signature]

_____
Sérgio Rodrigues Prates
Liquidator
CPF 025.281.770-20
ID Card   09004430352 SSP/RS

WITNESSES:

[Signature]

_____
Eduardo Felix Bianchini
CPF 096.514.621-91
ID Card   5.436.984-6 SSP/SP

[Signature]

_____
Celso Antunes da Costa
FGC Representative
CPF 192.959.956-00
ID Card 10.676.151 SSP/SP

[Signature]

_____
Daniel Mendes Lopes
CPF 285.905.968-77
ID Card 28.842.850-X  SSP/SP

[Stamps – Notary Public Office
Dated July 12, 2013]

**TERMO DE POSSE**

Aos 14 (catorze) dias do mês de setembro do ano de 2012, às 10:15 horas, na sede social da **CRUZEIRO DO SUL S.A. COMPANHIA SECURITIZADORA DE CRÉDITOS FINANCEIROS – Em liquidação extrajudicial**, situada na Rua Funchal, nº 418, 7º, 8º e 9º andares. Vila Olímpia, na cidade de São Paulo, tomou posse como liquidante, o Sr. Sérgio Rodrigues Prates, casado, servidor público federal aposentado, CPF 025.281.770-20, RG 09004430352 SSP/RS, nomeado por Ato do Sr. Presidente do Banco Central do Brasil nº 1.234, na presença do Sr. Celso Antunes da Costa, representante do Fundo Garantidor de Créditos, cujo texto, do seguinte teor, foi lido aos presentes:

*"ATO-PRESI Nº 1.234, DE 14 DE SETEMBRO DE 2012*

*Decreta, por extensão, a liquidação extrajudicial da Cruzeiro do Sul S.A. Companhia Securitizadora de Créditos Financeiros.*

*O Presidente do Banco Central do Brasil, no uso das atribuições que lhe confere o art. 12, inciso XVII, do Regimento Interno, com fundamento nos arts. 1º e 15, inciso I, alíneas "a" e "b", 16 e 51 da Lei nº 6.024, de 13 de março de 1974, e no art. 11, alínea "c", do Decreto-lei nº 2.321, de 25 de fevereiro de 1987, e considerando haver decretado, nesta data, a liquidação extrajudicial do Banco Cruzeiro do Sul S.A. (CNPJ nº 62.136.254/0001-99), com o qual a empresa mantém vínculo de interesse, caracterizado pelo exercício do poder de controle e pela existência de administração comum, de acordo com decisão da Diretoria Colegiada em reunião de 14 de setembro de 2012,*

*R E S O L V E :*

*Art. 1º Fica decretada, por extensão, a liquidação extrajudicial da Cruzeiro do Sul S.A. Companhia Securitizadora de Créditos Financeiros, CNPJ nº 6.227.606/0001-40, com sede em São Paulo, ora sob o regime de administração especial temporária decretado pelo Ato do Presidente nº 1.221, de 4 de junho de 2012, publicado no Diário Oficial da União de 5 de junho de 2012.*

*Art. 2º Fica nomeado liquidante o Senhor Sergio Rodrigues Prates, CPF nº 025.281.770-20, carteira de identidade nº 09004430352 SSP/RS.*

*Art. 3º Fica indicado como termo legal da liquidação extrajudicial o dia 5 de abril de 2012.*

*Alexandre Antonio Tombini"*

Empossado o liquidante, para que produza os devidos fins de direito, foi lavrado o presente termo, que, lido e achado conforme, é assinado pelas pessoas a seguir qualificadas, na presença de duas testemunhas.

São Paulo, 14 de setembro de 2012.

Sérgio Rodrigues Prates
Liquidante
CPF 025.281.770-20
RG 09004430352 SSP/RS

Celso Antunes da Costa
Representante do FGC
CPF 192.959.956-00
RG  10.676.151 SSP/SP

**TESTEMUNHAS:**

Eduardo Felix Bianchini
CPF 096.514.621-91
RG   5.436.983-6 SSP/SP

Daniel Mendes Lopes
CPF: 285.905.968-77
RG   28.842.850-X SSP/SP

**INSTRUMENT OF INVESTITURE**

On the 14th (fourteenth) day of the month of September of the year 2012, at 10:15 a.m., at the main offices of **CRUZEIRO DO SUL S.A. CORRETORA DE VALORES E MERCADORIAS - Under extrajudicial liquidation**, located at Rua Funchal, 418, 7°, 8° e 9° andares. Vila Olímpia, in the city of São Paulo, Mr. Sérgio Rodrigues Prates, married, retired federal civil servant, CPF 025.281.770-20, ID Card no. 09004430352 SSP/RS, assumed the position of liquidator, appointed by Act no. 1.232 of the President of the Central Bank of Brazil, in the presence of Dr. Celso Antunes da Costa, representative of the Credit Guarantee Fund, based on following text, which was read aloud to those present:

"PRESIDENTIAL ACT No. 1.232, OF SEPTEMBER 14, 2012

Decrees the extrajudicial liquidation of Cruzeiro Do Sul S.A. Corretora De Valores e Mercadorias

The President of the Central Bank of Brazil, using the powers vested in him by art. 12, section XVII of the Bylaws, based on arts. 1 and 15, section I, lines "a" and "b," 16 and 51 of Law no. 6.024 of March 13, 1974, and on art. 11, line "c" of Decree-law no. 2.321, of February 25, 1987, and considering that it has decreed, on this date, the extra-judicial liquidation of Banco Cruzeiro do Sul S.A. (CNPJ no. 62.136.254/0001-99), with which the company has an affiliation, characterized by the exercise of control and by the existence of common management, in accordance with a Decision by the Board in a meeting on September 14, 2012,

R E S O L V E S :

Art. 1 The extrajudicial liquidation is hereby decreed of Cruzeiro Do Sul S.A. Corretora De Valores e Mercadorias, CNPJ no. 04.169.504/0001-90, with main offices in São Paulo, now under the temporary special administration regime decreed by Presidential Act no. 1.219 of June 4, 2012, published in the Official Gazette of the Union on June 5, 2012.

Art. 2 Mr. Sérgio Rodrigues Prates, CPF no. 025.281.770-20, ID Card no. 09004430352 SSP/RS is appointed as liquidator.

Art. 3 The legal date of the extrajudicial liquidation is determined to be April 5, 2012.

Alexandre Antonio Tombini"

With the liquidator now vested in his office, this instrument of investiture was drawn up to produce the legal effects; it was read out loud and found to be correct, and is signed by the persons identified below, in the presence of two witnesses.

São Paulo, September 14, 201

[Signature]
_____
Sérgio Rodrigues Prates
Liquidator
CPF 025.281.770-20
ID Card    09004430352 SSP/RS

WITNESSES:

[Signature]
_____
Eduardo Felix Bianchini
CPF 096.514.621-91
ID Card    5.436.984-6 SSP/SP

[Signature]
_____
Celso Antunes da Costa
FGC Representative
CPF 192.959.956-00
ID Card 10.676.151 SSP/SP

[Signature]
_____
Daniel Mendes Lopes
CPF 285.905.968-77
ID Card 28.842.850-X  SSP/SP

[Stamps – Notary Public Office
Dated July 12, 2013]

**TERMO DE POSSE**

Aos **14** (catorze) dias do mês de setembro do ano de 2012, às 10:15 horas, na sede social da **CRUZEIRO DO SUL S.A. CORRETORA DE VALORES E MERCADORIAS – Em liquidação extrajudicial**, situada na Rua Funchal, nº 418, 7º, 8º e 9º andares. Vila Olímpia, na cidade de São Paulo, tomou posse como liquidante, o Sr. Sérgio Rodrigues Prates, casado, servidor público federal aposentado, CPF 025.281.770-20, RG 09004430352 SSP/RS, nomeado por Ato do Sr. Presidente do Banco Central do Brasil nº 1.232, na presença do Sr. Celso Antunes da Costa, representante do Fundo Garantidor de Créditos, cujo texto, do seguinte teor, foi lido aos presentes:

*"ATO-PRESI Nº 1.232, DE 14 DE SETEMBRO DE 2012*

*Decreta, por extensão, a liquidação extrajudicial da Cruzeiro do Sul S.A. Corretora de Valores e Mercadorias.*

*O Presidente do Banco Central do Brasil, no uso das atribuições que lhe confere o art. 12, inciso XVII, do Regimento Interno, com fundamento nos arts. 1º e 15, inciso I, alíneas "a" e "b", 16 e 51 da Lei nº 6.024, de 13 de março de 1974, e no art. 11, alínea "c", do Decreto-lei nº 2.321, de 25 de fevereiro de 1987, e considerando haver decretado, nesta data, a liquidação extrajudicial do Banco Cruzeiro do Sul S.A. (CNPJ nº 62.136.254/0001-99), com o qual a empresa mantém vínculo de interesse, caracterizado pelo exercício do poder de controle e pela existência de administração comum, de acordo com decisão da Diretoria Colegiada em reunião de 14 de setembro de 2012,*

*R E S O L V E :*

*Art. 1º Fica decretada, por extensão, a liquidação extrajudicial da Cruzeiro do Sul S.A. Corretora de Valores e Mercadorias, CNPJ nº 04.169.504/0001-90, com sede em São Paulo, ora sob o regime de administração especial temporária decretado pelo Ato do Presidente nº 1.219, de 4 de junho de 2012, publicado no Diário Oficial da União de 5 de junho de 2012.*

*Art. 2º Fica nomeado liquidante o Senhor Sergio Rodrigues Prates, CPF nº 025.281.770-20, carteira de identidade nº 09004430352 SSP/RS.*

*Art. 3º Fica indicado como termo legal da liquidação extrajudicial o dia 5 de abril de 2012.*

*Alexandre Antonio Tombini"*

Empossado o liquidante, para que produza os devidos fins de direito, foi lavrado o presente termo, que, lido e achado conforme, é assinado pelas pessoas a seguir qualificadas, na presença de duas testemunhas.

São Paulo, 14 de setembro de 2012.

_____
Sérgio Rodrigues Prates
Liquidante
CPF 025.281.770-20
RG 09004430352 SSP/RS

**TESTEMUNHAS:**

_____
Eduardo Felix Bianchini
CPF 096.514.621-91
RG  5.436.983-6 SSP/SP

_____
Celso Antunes da Costa
Representante do FGC
CPF 192.959.956-00
RG  10.676.151 SSP/SP

_____
Daniel Mendes Lopes
CPF: 285.905.968-77
RG  28.842.850-X SSP/SP

1059AS103406

**INSTRUMENT OF INVESTITURE**

On the 14th (fourteenth) day of the month of September of the year 2012, at 10:15 a.m., at the main offices of **CRUZEIRO DO SUL HOLDING FINANCEIRA S.A - Under extrajudicial liquidation**, located at Rua Funchal, 418, 7°, 8° e 9° andares. Vila Olímpia, in the city of São Paulo, Mr. Sérgio Rodrigues Prates, married, retired federal civil servant, CPF 025.281.770-20, ID Card no. 09004430352 SSP/RS, assumed the position of liquidator, appointed by Act no. 1.231 of the President of the Central Bank of Brazil, in the presence of Dr. Celso Antunes da Costa, representative of the Credit Guarantee Fund, based on following text, which was read aloud to those present:

"PRESIDENTIAL ACT No. 1.231, OF SEPTEMBER 14, 2012

Decrees the extrajudicial liquidation of Cruzeiro Do Sul Holding Financera S.A

The President of the Central Bank of Brazil, using the powers vested in him by art. 12, section XVII of the Bylaws, based on arts. 1 and 15, section I, lines "a" and "b," 16 and 51 of Law no. 6.024 of March 13, 1974, and on art. 11, line "c" of Decree-law no. 2.321, of February 25, 1987, and considering that it has decreed, on this date, the extra-judicial liquidation of Banco Cruzeiro do Sul S.A. (CNPJ no. 62.136.254/0001-99), with which the company has an affiliation, characterized by the exercise of control and by the existence of common management, in accordance with a Decision by the Board in a meeting on September 14, 2012,

R E S O L V E S:

Art. 1 The extrajudicial liquidation is hereby decreed of Cruzeiro Do Sul Holding Financeira S.A, CNPJ no. 13.225.116/0001-70, with main offices in São Paulo, now under the temporary special administration regime decreed by Presidential Act no. 1.218 of June 4, 2012, published in the Official Gazette of the Union on June 5, 2012.

Art. 2 Mr. Sérgio Rodrigues Prates, CPF no. 025.281.770-20, ID Card no. 09004430352 SSP/RS is appointed as liquidator.

Art. 3 The legal date of the extrajudicial liquidation is determined to be April 5, 2012.

Alexandre Antonio Tombini"

With the liquidator now vested in his office, this instrument of investiture was drawn up to produce the legal effects; it was read out loud and found to be correct, and is signed by the persons identified below, in the presence of two witnesses.

São Paulo, September 14, 201

[Signature]

_____
Sérgio Rodrigues Prates
Liquidator
CPF 025.281.770-20
ID Card   09004430352 SSP/RS

WITNESSES:

[Signature]

_____
Eduardo Felix Bianchini
CPF 096.514.621-91
ID Card    5.436.984-6 SSP/SP

[Signature]

_____
Celso Antunes da Costa
FGC Representative
CPF 192.959.956-00
ID Card 10.676.151 SSP/SP

[Signature]

_____
Daniel Mendes Lopes
CPF 285.905.968-77
ID Card 28.842.850-X  SSP/SP

[Stamps – Notary Public Office
Dated July 12, 2013]

**TERMO DE POSSE**

Aos 14 (catorze) dias do mês de setembro do ano de 2012, às 10:15 horas, na sede social da **CRUZEIRO DO SUL HOLDING FINANCEIRA S.A. – Em liquidação extrajudicial**, situada na Rua Funchal, nº 418, 7º, 8º e 9º andares. Vila Olímpia, na cidade de São Paulo, tomou posse como liquidante, o Sr. Sérgio Rodrigues Prates, casado, servidor público federal aposentado, CPF. 025.281.770-20, RG 09004430352 SSP/RS, nomeado por Ato do Sr. Presidente do Banco Central do Brasil nº 1.231, na presença do Sr. Celso Antunes da Costa, representante do Fundo Garantidor de Créditos, cujo texto, do seguinte teor, foi lido aos presentes:

*"ATO-PRESI Nº 1.231, DE 14 DE SETEMBRO DE 2012*

*Decreta, por extensão, a liquidação extrajudicial da Cruzeiro do Sul Holding Financeira S.A.*

*O Presidente do Banco Central do Brasil, no uso das atribuições que lhe confere o art. 12, inciso XVII, do Regimento Interno, com fundamento nos arts. 1º e 15, inciso I, alíneas "a" e "b", 16 e 51 da Lei nº 6.024, de 13 de março de 1974, e no art. 11, alínea "c", do Decreto-lei nº 2.321, de 25 de fevereiro de 1987, e considerando haver decretado, nesta data, a liquidação extrajudicial do Banco Cruzeiro do Sul S.A. (CNPJ nº 62.136.254/0001-99), com o qual a empresa mantém vínculo de interesse, caracterizado pelo exercício do poder de controle e pela existência de administração comum, de acordo com decisão da Diretoria Colegiada em reunião de 14 de setembro de 2012,*

*R E S O L V E :*

*Art. 1º Fica decretada, por extensão, a liquidação extrajudicial da Cruzeiro do Sul Holding Financeira S.A., CNPJ nº 13.225.116/0001-70, com sede em São Paulo, ora sob o regime de administração especial temporária decretado pelo Ato do Presidente nº 1.218, de 4 de junho de 2012, publicado no Diário Oficial da União de 5 de junho de 2012.*

*Art. 2º Fica nomeado liquidante o Senhor Sergio Rodrigues Prates, CPF nº 025.281.770-20, carteira de identidade nº 09004430352 SSP/RS.*

*Art. 3º Fica indicado como termo legal da liquidação extrajudicial o dia 5 de abril de 2012.*

*Alexandre Antonio Tombini"*

Empossado o liquidante, para que produza os devidos fins de direito, foi lavrado o presente termo, que, lido e achado conforme, é assinado pelas pessoas a seguir qualificadas, na presença de duas testemunhas.

São Paulo, 14 de setembro de 2012.

Sérgio Rodrigues Prates
Liquidante
CPF 025.281.770-20
RG 09004430352 SSP/RS

**TESTEMUNHAS:**

Eduardo Felix Bianchini
CPF 096.514.621-91
RG   5.436.983-6 SSP/SP

Celso Antunes da Costa
Representante do FGC
CPF 192.959.956-00
RG  10.676.151 SSP/SP

Daniel Mendes Lopes
CPF: 285.905.968-77
RG   28.842.850-X SSP/SP

CARTÓRIO DO 15º TABELIÃO DE NOTAS
AUTENTICAÇÃO
12 JUL 2013
1059AS103407

**INSTRUMENT OF INVESTITURE**

On the 14th (fourteenth) day of the month of September of the year 2012, at 10:15 a.m., at the main offices of **CRUZEIRO DO SUL S.A. DTVM - Under extrajudicial liquidation**, located at Rua Funchal, 418, 7°, 8° e 9° andares. Vila Olímpia, in the city of São Paulo, Mr. Sérgio Rodrigues Prates, married, retired federal civil servant, CPF 025.281.770-20, ID Card no. 09004430352 SSP/RS, assumed the position of liquidator, appointed by Act no. 1.234 of the President of the Central Bank of Brazil, in the presence of Dr. Celso Antunes da Costa, representative of the Credit Guarantee Fund, based on following text, which was read aloud to those present:

"PRESIDENTIAL ACT No. 1.233, OF SEPTEMBER 14, 2012

Decrees the extrajudicial liquidation of Cruzeiro Do Sul S.A. DTVM

The President of the Central Bank of Brazil, using the powers vested in him by art. 12, section XVII of the Bylaws, based on arts. 1 and 15, section I, lines "a" and "b," 16 and 51 of Law no. 6.024 of March 13, 1974, and on art. 11, line "c" of Decree-law no. 2.321, of February 25, 1987, and considering that it has decreed, on this date, the extra-judicial liquidation of Banco Cruzeiro do Sul S.A. (CNPJ no. 62.136.254/0001-99), with which the company has an affiliation, characterized by the exercise of control and by the existence of common management, in accordance with a Decision by the Board in a meeting on September 14, 2012,

R E S O L V E S:

Art. 1 The extrajudicial liquidation is hereby decreed of Cruzeiro Do Sul S.A. DTVM, CNPJ no. 62.382.908/0001-64, with main offices in São Paulo, now under the temporary special administration regime decreed by Presidential Act no. 1.220 of June 4, 2012, published in the Official Gazette of the Union on June 5, 2012.

Art. 2 Mr. Sérgio Rodrigues Prates, CPF no. 025.281.770-20, ID Card no. 09004430352 SSP/RS is appointed as liquidator.

Art. 3 The legal date of the extrajudicial liquidation is determined to be April 5, 2012.

Alexandre Antonio Tombini"

With the liquidator now vested in his office, this instrument of investiture was drawn up to produce the legal effects; it was read out loud and found to be correct, and is signed by the persons identified below, in the presence of two witnesses.

São Paulo, September 14, 201

[Signature]

_____
Sérgio Rodrigues Prates
Liquidator
CPF 025.281.770-20
ID Card   09004430352 SSP/RS

WITNESSES:

[Signature]

_____
Eduardo Felix Bianchini
CPF 096.514.621-91
ID Card   5.436.984-6 SSP/SP

[Signature]

_____
Celso Antunes da Costa
FGC Representative
CPF 192.959.956-00
ID Card 10.676.151 SSP/SP

[Signature]

_____
Daniel Mendes Lopes
CPF 285.905.968-77
ID Card 28.842.850-X  SSP/SP

[Stamps – Notary Public Office
Dated July 12, 2013]

## TERMO DE POSSE

Aos 14 (catorze) dias do mês de setembro do ano de 2012, às 10:15 horas, na sede social da **CRUZEIRO DO SUL S.A. DTVM – Em liquidação extrajudicial**, situada na Rua Funchal, nº 418, 7º, 8º e 9º andares. Vila Olímpia, na cidade de São Paulo, tomou posse como liquidante, o Sr. Sérgio Rodrigues Prates, casado, servidor público federal aposentado, CPF 025.281.770-20, RG 09004430352 SSP/RS, nomeado por Ato do Sr. Presidente do Banco Central do Brasil nº 1.233, na presença do Sr. Celso Antunes da Costa, representante do Fundo Garantidor de Créditos, cujo texto, do seguinte teor, foi lido aos presentes:

*"ATO-PRESI Nº 1.233, DE 14 DE SETEMBRO DE 2012*

*Decreta, por extensão, a liquidação extrajudicial da Cruzeiro do Sul S.A. DTVM.*

*O Presidente do Banco Central do Brasil, no uso das atribuições que lhe confere o art. 12, inciso XVII, do Regimento Interno, com fundamento nos arts. 1º e 15, inciso I, alíneas "a" e "b", 16 e 51 da Lei nº 6.024, de 13 de março de 1974, e no art. 11, alínea "c", do Decreto-lei nº 2.321, de 25 de fevereiro de 1987, e considerando haver decretado, nesta data, a liquidação extrajudicial do Banco Cruzeiro do Sul S.A., CNPJ nº 62.136.254/0001-99, com o qual a empresa mantém vínculo de interesse, caracterizado pelo exercício do poder de controle e pela existência de administração comum, de acordo com decisão da Diretoria Colegiada em reunião de 14 de setembro de 2012,*

*R E S O L V E:*

*Art. 1º Fica decretada, por extensão, a liquidação extrajudicial da Cruzeiro do Sul S.A. DTVM, CNPJ nº 62.382.908/0001-64, com sede em São Paulo, ora sob o regime de administração especial temporária decretado pelo Ato do Presidente nº 1.220, de 4 de junho de 2012, publicado no Diário Oficial da União de 5 de junho de 2012.*

*Art. 2º Fica nomeado liquidante o Senhor Sergio Rodrigues Prates, CPF nº 025.281.770-20, carteira de identidade nº 09004430352 SSP/RS.*

*Art. 3º Fica indicado como termo legal da liquidação extrajudicial o dia 5 de abril de 2012.*

*Alexandre Antonio Tombini"*

Empossado o liquidante, para que produza os devidos fins de direito, foi lavrado o presente termo, que, lido e achado conforme, é assinado pelas pessoas a seguir qualificadas, na presença de duas testemunhas.

São Paulo, 14 de setembro de 2012.


Sérgio Rodrigues Prates
Liquidante
CPE 025.281.770-20
RG 09004430352 SSP/RS

Celso Antunes da Costa
Representante do FGC
CPF 192.959.956-00
RG  10.676.151 SSP/SP

**TESTEMUNHAS:**


Eduardo Felix Bianchini
CPF  096.514.621-91
RG   5.436.983-6 SSP/SP

Daniel Mendes Lopes
CPF: 285.905.968-77
RG   28.842.850-X SSP/SP

**TERMO DE POSSE**

Aos 14 (catorze) dias do mês de setembro do ano de 2012, às 10:15 horas, na sede social da **CRUZEIRO DO SUL S.A. DTVM – Em liquidação extrajudicial**, situada na Rua Funchal, nº 418, 7º, 8º e 9º andares. Vila Olímpia, na cidade de São Paulo, tomou posse como liquidante, o Sr. Sérgio Rodrigues Prates, casado, servidor público federal aposentado, CPF 025.281.770-20, RG 09004430352 SSP/RS, nomeado por Ato do Sr. Presidente do Banco Central do Brasil nº 1.233, na presença do Sr. Celso Antunes da Costa, representante do Fundo Garantidor de Créditos, cujo texto, do seguinte teor, foi lido aos presentes:

*"ATO-PRESI Nº 1.233, DE 14 DE SETEMBRO DE 2012*

*Decreta, por extensão, a liquidação extrajudicial da Cruzeiro do Sul S.A. DTVM.*

*O Presidente do Banco Central do Brasil, no uso das atribuições que lhe confere o art. 12, inciso XVII, do Regimento Interno, com fundamento nos arts. 1º e 15, inciso I, alíneas "a" e "b", 16 e 51 da Lei nº 6.024, de 13 de março de 1974, e no art. 11, alínea "c", do Decreto-lei nº 2.321, de 25 de fevereiro de 1987, e considerando haver decretado, nesta data, a liquidação extrajudicial do Banco Cruzeiro do Sul S.A., CNPJ nº 62.136.254/0001-99, com o qual a empresa mantém vínculo de interesse, caracterizado pelo exercício do poder de controle e pela existência de administração comum, de acordo com decisão da Diretoria Colegiada em reunião de 14 de setembro de 2012,*

*R E S O L V E :*

*Art. 1º Fica decretada, por extensão, a liquidação extrajudicial da Cruzeiro do Sul S.A. DTVM, CNPJ nº 62.382.908/0001-64, com sede em São Paulo, ora sob o regime de administração especial temporária decretado pelo Ato do Presidente nº 1.220, de 4 de junho de 2012, publicado no Diário Oficial da União de 5 de junho de 2012.*

*Art. 2º Fica nomeado liquidante o Senhor Sergio Rodrigues Prates, CPF nº 025.281.770-20, carteira de identidade nº 09004430352 SSP/RS.*

*Art. 3º Fica indicado como termo legal da liquidação extrajudicial o dia 5 de abril de 2012.*

*Alexandre Antonio Tombini"*

Empossado o liquidante, para que produza os devidos fins de direito, foi lavrado o presente termo, que, lido e achado conforme, é assinado pelas pessoas a seguir qualificadas, na presença de duas testemunhas.

São Paulo, 14 de setembro de 2012.

Sérgio Rodrigues Prates
Liquidante
CPF 025.281.770-20
RG 09004430352 SSP/RS

Celso Antunes da Costa
Representante do FGC
CPF 192.959.956-00
RG 10.676.151 SSP/SP

**TESTEMUNHAS:**

Eduardo Felix Bianchini
CPF 096.514.621-91
RG 5.436.983-6 SSP/SP

Daniel Mendes Lopes
CPF: 285.905.968-77
RG 28.842.850-X SSP/SP

**EXHIBIT "D"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

BANCO CRUZEIRO DO SUL S.A.                          Chapter 15

    Debtor in a Foreign Proceeding                      Case No.:_____

_____

**ORDER GRANTING RECOGNITION OF FOREIGN MAIN PROCEEDING**
**PURSUANT TO SECTIONS 1515 AND 1517 OF THE BANKRUPTCY CODE**

THIS CAUSE came in for hearing on September ___, 2013, upon the Verified Petition

for Recognition of Foreign Main Proceeding (the "Chapter 15 Petition") of the above-captioned

debtor, Banco Cruzeiro do Sul S.A. ("BCSUL") seeking entry of an order recognizing its

administrative liquidation proceeding currently pending before the Central Bank of Brazil

(the "BCSUL Liquidation Proceeding") as a foreign main proceeding and granting related relief

pursuant to sections 1515 and 1517 of the Bankruptcy Code.  The Court finds that due and timely

notice of the filing of the Chapter 15 Petition and this hearing was given by the foreign

representative of the Debtors (the "Foreign Representative").  The Court has considered the

Debtors' Chapter 15 Petition, the decree from the Central Bank of Brazil ordering BCSUL's liquidation, the document appointing Eduardo F. Bianchini as BCSUL's authorized Foreign Representative, and the Foreign Representative's Declaration Pursuant to Section 1515 of the Bankruptcy Code and Bankruptcy Rule 1007(A)(4).  Accordingly, the Court makes the following findings of fact and conclusions of law:

A.　　This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. §§ 109 and 1501.

B.　　Venue of this proceeding is proper in this judicial district pursuant to 28 U.S.C. § 1410.

C.　　This is a core proceeding under 28 U.S.C. § 157(b)(2)(P).

D.　　The liquidator, Eduardo F. Bianchini, qualifies as BCSUL's Foreign Representative pursuant to section 101(24) of the Bankruptcy Code.

E.　　The Chapter 15 case was properly commenced pursuant to sections 1504 and 1515 of the Bankruptcy Code.

F.　　The Foreign Representative has met the requirements of sections 1515(b) and (c) of the Bankruptcy Code and Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure.

G.　　The BCSUL Liquidation Proceeding and the provisions made thereunder for the protection, administration, and distribution of BCSUL's assets is a foreign proceeding pursuant to sections 101(23) and 1502(4) of the Bankruptcy Code.

H.　　The BCSUL Liquidation Proceeding is entitled to recognition by this Court pursuant to 11 U.S.C. § 1517.

I.　　The BCSUL Liquidation Proceeding is pending in Brazil, the center of main interests of the Debtors, and accordingly the BCSUL Liquidation Proceeding is a foreign main

proceeding pursuant to section 1502(4) of the Bankruptcy Code and entitled to recognition as a foreign main proceeding pursuant to section 1517(b)(1) of the Bankruptcy Code.

J.      The Foreign Representative is entitled to all relief provided pursuant to section 1520 of the Bankruptcy Code without limitation.

K.      The Foreign Representative is further entitled to seek the relief set forth in section 1521 of the Bankruptcy Code.

L.      The relief granted hereby is necessary and appropriate, in the interests of public and international comity, consistent with the public policy of the United States, warranted pursuant to the applicable provisions of the Bankruptcy Code, and will not cause any hardship to BCSUL's creditors or other parties in interest that is not outweighed by the benefits of the relief being granted.

NOW, THEREFORE, IT IS ORDERED and ADJUDGED that:

1.      The BCSUL Liquidation Proceeding is granted recognition pursuant to section 1517(a) of the Bankruptcy Code.

2.      The BCSUL Liquidation Proceeding is granted recognition as a foreign main proceeding pursuant to section 1517(b)(1) of the Bankruptcy Code.

3.      The BCSUL Liquidation Proceeding shall be given full force and effect and be binding on an enforceable in the United States against all persons and entities.

4.      The Foreign Representative  is entrusted with the administration and realization of all or a part of BCSUL's assets within the territorial jurisdiction of the United States.

5.      All persons and entities are stayed from commencing or continuing any action or proceeding concerning the BCSUL's assets, rights, obligations or liabilities located in the United States.

6.      All person and entities are stayed from executing against BCSUL's assets located in the United States.

7.      All persons and entities are prohibited from transferring, encumbering, or otherwise disposing of BCSUL's assets located in the United States.

8.      All persons and entities provided notice of the Chapter 15 Petition and the hearing thereon who are in possession, custody, or control of BCSUL's property, or the proceeds thereof, located within the territorial jurisdiction of the United States, shall immediately advise the Trustee by written notice sent to the Trustee at the following address:

Attention: Eduardo F. Bianchini


São Paulo, Brazil

with copy to:

Attention: Edward H. Davis and Gregory S. Grossman
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue
Suite 1650
Miami, Florida 33131

which shall set forth:  (i) the nature of such property or proceeds; (ii) when and how such property or proceeds came into the custody, possession or control of such person or entity; and (iii) the full identity and contact information for such personal or entity.

9.      The Foreign Representative is authorized to examine witnesses, take evidence, or seek the delivery of information concerning BCSUL's assets, affairs, rights, obligations, or liabilities without further order of this Court.

10.      The Foreign Representative, if permitted by the Central Bank of Brazil, is authorized to operate the business that is the subject of the foreign proceeding and may exercise

the powers of a trustee under and to the extent provided by sections 363 and 552 of the Bankruptcy Code.

11.     This Court shall retain jurisdiction with respect to the enforcement, amendment or modification of this Order, any requests for additional relief or any adversary proceeding brought in and through this Chapter 15 case, and any request by any person or entity for relief from the provisions of this Order.

###

Submitted by:

ASTIGARRAGA DAVIS
MULLINS & GROSSMAN, P.A.
*Attorneys for the Foreign Representative*
1001 Brickell Bay Drive, 9th Floor
Miami, Florida 33131
Telephone (305) 372-8282
Facsimile (305) 372-8202
ggrossman@astidavis.com

Copy furnished to:
Gregory Grossman, Esq.
(Attorney Grossman is directed to mail a copy of this Order as indicated in the Order and file a Certificate of Service with the Court).